**Order filed June 4, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00353-CV**

_____

## MAGNOLIA GARDENS NURSEY, Appellant

### V.

## AMEGY BANK, NATIONAL ASSOCIATION, Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-08847A**

## O R D E R

The notice of appeal in this case was filed April 26, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 14, 2019.** _See_ Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM